IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARIA JONES,<br>Individually And On Behalf Of<br>All Others,<br><br>   Plaintiff,<br><br>v.<br><br>EMPLOYMENT BACKGROUND<br>INVESTIGATIONS, INC., a/k/a EBI<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant Employment Background Investigations, Inc., a/k/a EBI, hereby removes to this Court the state court action described below.

1. On May 3, 2018, an action was commenced in the Circuit Court of Clinton County, Missouri styled as Maria Jones, Individually and on behalf of All Others v. Employment Background Investigations, Inc., Case Number 18CN-CC00033.

2. As the state court action was filed in Clinton County, Missouri, removal to this district is proper pursuant to 28 U.S.C. § 1441(a) in that this is the district court and division embracing the place where this action is pending.

3. Defendants were served with summons of this case on May 17, 2018. Thus, as notice is to be filed within thirty (30) days pursuant to 28 U.S.C. § 1446(b), this notice is timely.

4. A copy of the pleadings in the state court action is attached hereto as Exhibit "A".

1

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, in that it seeks a putative class action raising claims solely arising from a purported violation of the Driver's Privacy Protection Act, 18 U.S.C. § 2721[1].

6. The Driver's Privacy Protection Act creates a cause of action which may be brought in the District Court pursuant to 18 U.S.C. § 2724.

7. As this action is one in which the district court has it original jurisdiction, it may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a).

8. Notice of this Notice of Removal was sent to plaintiff on this date and a copy of such is attached as Exhibit "B". A copy of said Notice was also filed with the Circuit Court of Clinton County, Missouri.

9. A Notice of Filing of Notice of Removal was filed with the Circuit Court of Clinton County, Missouri on this date and a copy of such is attached as Exhibit "C".

WHEREFORE, Defendant Employment Background Investigations, Inc., prays that this action be removed from the Circuit Court of Clinton County, Missouri, where it is now pending, to the United States District Court for the Western District of Missouri, that this Court accept jurisdiction of this action and that this action be placed on the docket of this Court for further proceedings as though this case had originally been instituted in this Court.

---

[1] It would also appear on the face of the pleadings that complete diversity exists between the parties.

Respectfully submitted,

/s/ *Jordon T. Stanley*
Casey O. Housley, MO #48421
Jordon T. Stanley, MO #57027
Sanders Warren Russell & Scheer LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone: (913) 234-6100
Facsimile: (913) 234-6199
c.housley@swrsllp.com
j.stanley@swrsllp.com
**Attorneys for Defendant EBI**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2018, I sent a copy of the foregoing via U.S. Mail to:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454
**Attorneys for Plaintiff**

/s/ *Jordon T. Stanley*
Attorney for Defendant